EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
FEB 1 6 2023
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                         INDICTMENT NO. 5:23-CR-019-KKC

DAVID SHAWN KILGORE, JR.

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about September 9, 2022, in Fayette County, in the Eastern District of Kentucky,

**DAVID SHAWN KILGORE, JR.**

did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about September 9, 2022, in Fayette County, in the Eastern District of Kentucky,

**DAVID SHAWN KILGORE, JR.**

did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule

II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 18 U.S.C. § 924(c)(1)

On or about September 9, 2022, in Fayette County, in the Eastern District of Kentucky,

**DAVID SHAWN KILGORE, JR.,**

in furtherance of the drug trafficking crimes charged in Counts 1 and 2 of this Indictment for which he may be prosecuted in a court of the United States, did knowingly possess a firearm, to wit: Glock 43, 9mm semi-automatic pistol, serial number BUDT458, with loaded magazine, all in violation of 18 U.S.C. § 924(c)(1).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)
## 28 U.S.C. § 2461

1. By virtue of the commission of the felony offense(s) alleged in Counts 1 and 2 of the Indictment, **DAVID SHAWN KILGORE, JR.** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violation(s) of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation(s) of 21 U.S.C. § 841. Any and all interest that **DAVID SHAWN KILGORE, JR.** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offense(s) alleged in Count 3 of the Indictment, **DAVID SHAWN KILGORE, JR.** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation(s) of 18 U.S.C. §§ 922 and 924. Any and all interest that **DAVID SHAWN KILGORE, JR.** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**FIREARM:**

1) Glock 43, 9 mm semi-auto handgun, serial number BUDT458, with loaded magazine and holster.

A TRUE BILL

FOREPERSON

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

# PENALTIES

**COUNTS 1 & 2:** Not less than 5 years and not more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**If prior serious drug felony or serious violent felony conviction:** Not less than 10 years and not more than LIFE imprisonment, not more than $8,000,000 fine, and at least 8 years supervised release.

**COUNT 3:** Not less than 5 years imprisonment, but not more than Life imprisonment, not more than a $250,000 fine, and not more than 5 years supervised release consecutive to a term of imprisonment for a qualifying underlying conviction.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed assets.