UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – GENERAL

Case No. 23-19-KKC-MAS At Lexington Date March 29, 2023

USA vs David Shawn Kilgore, Jr. _x_ present _x_ custody ___ bond ___ OR Age ___

---

Docket Entry: The parties appeared for detention hearing as noted. United States Probation Officer Kendahl Granger Foright was also present. Defendant, after being sworn, knowingly, voluntarily, and intelligently waived his right to a detention hearing. Oral motion for pretrial detention by the United States is **GRANTED**. The Court will enter a separate written opinion. The Bond Report shall be filed in the record **UNDER SEAL.**

PRESENT: HON. MATTHEW A. STINNETT, UNITED STATES MAGISTRATE JUDGE

| Samantha Howard | Audio File | None | Roger West |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant Joseph Patrick Bowman _x_ present ___ retained _x_ appointed

I, Samantha Howard, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-LEX__5-23-cr-19-KKC-MAS_20230329_160525

PROCEEDINGS: **DETENTION HEARING**

_X_ Oral motion for pretrial detention _x_ GRANTED ____ DENIED ___ TAKEN UNDER ADVISEMENT

____ Hearing on motion of U.S. for pretrial detention **CONTINUED** to ____________________.

_X_ Defendant remanded to custody.

____ Defendant released on conditions as noted in a separate Order of release.

Copies: COR, USP, USM Initials of Deputy Clerk: slh TIC: /3

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY